UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

KATHERINE ROSALEE STALLWORTHY     CASE NUMBER: 10-32032
Debtor     CHAPTER 13

TRUSTEE'S MOTION TO DISGORGE DEBTOR'S ATTORNEY'S COMPENSATION
UNDER 11 U.S.C. §329(b)

COMES NOW, the Trustee, Debra L. Miller and for her Motion to Disgorge Debtor's Attorney's Compensation Under 11 U.S.C. §329(b) states:

1. Debtor filed for Chapter 13 relief on April 28, 2010. Debtor's Chapter 13 Plan was filed the same day.

2. Debtor's 341 hearing was originally scheduled for May 26, 2010. On May 10, 2010, the Trustee's office emailed Debtor's Attorney, Joseph C. Lehman, requesting the required documents so the Debtor's 341 hearing could be held. The requested documents were not provided and Trustee continued the 341 hearing to June 9, 2010.

3. On May 18, 2010, the Trustee's office sent an email to Mr. Lehman requesting the missing 341 documents by May 25, 2010. No response was received and Debtor's 341 hearing was continued to June 23, 2010.

4. On June 2, 2010, the Trustee's office sent an email to Mr. Lehman requesting the missing 341 documents by June 11, 2010. No response was received and Debtor's 341 hearing was continued to July 7, 2010.

5. On June 17, 2010, Trustee filed a Motion to Dismiss Debtor's case for failure to provide the necessary documents for Trustee to conduct the 341 hearing.

6. On June 22, 2010, the Trustee's office sent an email to Mr. Lehman requesting the missing 341 documents by June 25, 2010. No response was received and Debtor's 341 hearing was continued to July 21, 2010.

7. On July 2, 2010, the Trustee's office sent an email to Mr. Lehman requesting the missing 341 documents by July 9, 2010. No response was received and Debtor's 341 hearing was continued to August 4, 2010.

8. On July 23, 2010, a hearing was held on Trustee's Motion to Dismiss Debtor's case. Mr. Lehman did not attend the hearing. At the hearing, Trustee advised the Court that the Debtor's attorney had failed to provide the necessary 341 documents as requested. She also advised the Court that Debtor had made no payments to date and was $750.00 delinquent.

9. Mr. Lehman's failure to respond to the emails from the Trustee's office with the necessary documents resulted in the dismissal of Debtor's case and delayed the administration of Debtor's case.

10. Due to Mr. Lehman's failure to respond with the requested information, the compensation paid to him by Debtor "exceeds the reasonable value of any such service" render to the Debtor.

WHEREFORE, for the reasons stated above, the Trustee respectfully requests that the Court disgorge the $550.00 paid to Mr. Lehman by the Debtor, return said funds to the Debtor and for all other just and proper relief.

Dated: August 25, 2010                              Respectfully Submitted,

                                                    /s/ Debra L. Miller, Trustee
                                                    Debra L. Miller, Chapter 12 Trustee
                                                    P.O. Box 11550
                                                    South Bend, IN 46634-0155
                                                    (574) 251-1493


## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was served as follows on August 25, 2010

By U.S. Mail postage prepaid:
Debtor: Katherine Stallworthy, 611 N. Greene Road, Goshen, IN 46526

By electronic mail via CM/ECF:
Debtor's Attorney: Joseph C. Lehman
U.S. Trustee at ustregion10.so.efc@usdoj.gov

                                                    /s/ Debra L. Miller