UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF                          )
                                          )
KATHERINE ROSALEE STALLWORTHY             )          CASE NO. 10-32032
                                          )          CHAPTER 13/aa
                                          )
              Debtor(s)                   )

## COURT MINUTES

**NATURE OF PROCEEDINGS:** Evidentiary Hearing on Trustee's Motion to Disgorge Debtor's Attorney's Compensation under 11 U.S.C. §329(b)

**DATE & TIME:** November 8, 2010 at 9:30 a.m.                    **DOCUMENT NO.** 27

**APPEARANCES:**
ATTORNEY FOR DEBTOR(S): JOSEPH LEHMAN, ESQ. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Present
DEBTOR, KATHERINE ROSALEE STALLWORTHY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Present
CHAPTER TRUSTEE DEBRA MILLER, BY: SARAH WILLMS, ESQ. . . . . . . . . . . . . . . . . . . . . . . Present
CHAPTER TRUSTEE: DEBRA L. MILLER, ESQ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Present
UNITED STATES TRUSTEE, NANCY J. GARGULA, BY: ALEXANDER L. EDGAR, ESQ. . . . . . . . Present

---

Hearing was held in South Bend, Indiana, on November 8, 2010, on the Chapter 13 Trustee's Motion to Disgorge Debtor's Attorney's Compensation.

Witnesses sworn, evidence heard.  For the reasons stated on the record, this motion is now granted. Attorney Lehman is to refund to the debtor $1000 of the attorney fees and the chapter 13 filing fee of $274.  Total refund amount of $1274 is to be made to the debtor on or before February 7, 2011.

SO ORDERED
DATED: ___November 9, 2010___

Harry C. Dees, Jr., Judge                    C11
United States Bankruptcy Court